IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY J. STEWART,

    Plaintiff,   No. CIV S-10-0481 GEB DAD

    v.

JOS. A. BANK CLOTHIERS,

ORDER

    Defendant.

_____/

    This matter came before the court on September 3, 2010, for hearing on defendant's motion to expand the hour limit for the deposition of plaintiff. Kristina M. Launey, Esq. appeared for the moving party. Jeffrey D. Fulton, Esq. appeared for plaintiff.

    For the reasons stated on the record, defendant's motion to expand the hour limit (Doc. No. 32) is granted, and defendant may depose plaintiff for up to fourteen (14) hours on two consecutive days.

    IT IS SO ORDERED.

DATED: September 3, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\stewart0481.oah.090310.motgr