IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASEY J. STEWART, on behalf of himself and classes of those similarly situated, | ) ) ) ) | 2:10-cv-00481-GEB-DAD |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| JOS. A. BANK CLOTHIERS, INC., a Delaware Corporation, its subsidiaries, and DOES 1 through 100, inclusive, | ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

In light of the parties' Joint Status Report filed September 3, 2010, the nature of Plaintiff's pending motion to amend his complaint, and the amount of time during which this proposed class action has been pending, the following briefing schedule issues. Plaintiff shall file a motion for class certification on or before January 4, 2011, which shall be scheduled for hearing at 9:00 a.m. on April 18, 2011. Defendant's opposition shall be filed no later than March 4, 2011, and Plaintiffs' reply shall be filed no later than April 4, 2011. See Fed. R. Civ. Proc. 23(c)(1)(stating the Court "must determine by order whether to certify the action as a class action" "[a]t an early practicable time"). Therefore, the Status (Pretrial Scheduling) Conference scheduled for September 20, 2010, is continued to June 27, 2011, commencing at 9:00 a.m.  A further joint status report

shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: September 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge